IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 01-51256

Summary Calendar

---

QUINTON ROBERTS; JERRY DEAN ROBERTS, Wife,

                                        Plaintiffs-Appellants,

                    versus

HOMESIDE LENDING INC; ET AL,

                                        Defendants,

HOMESIDE LENDING, INC.,

                                        Defendant-Appellee.

---

Appeal from the United States District Court
For the Western District of Texas
SA-00-CV-1369

---

May 30, 2002

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

    Quinton and Jerry Dean Roberts appeal the district court's grant of summary judgment to Homeside Lending, Inc. as to their claims arising out of a flood of their home. This suit was originally filed in state court, and Homeside removed. The

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

plaintiffs contend that the amount in controversy requirement of 28 U.S.C. § 1332(a)(1) was not met. After a *de novo* review,[1] we agree with the district court that the requirement was satisfied; and later amendments or affidavits submitted by the plaintiffs may not divest the district court of jurisdiction.[2]

AFFIRMED.

---

[1] *U.S. Fire Ins. Co. v. Villegas*, 242 F.3d 279, 283 (5th Cir. 2001).

[2] *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 292 (1938).